[78 NE3d 1190, 56 NYS3d 505]

In the Matter of LURLYN A. WINCHESTER.

Decided June 27, 2017

**OPINION OF THE COURT**

On the Court's own motion, it is determined that the Honorable Lurlyn A. Winchester is suspended, with pay, effective immediately, from the office of Justice of Monroe Town Court, Orange County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA, WILSON and FEINMAN.

KEVIN CHECKSFIELD, Appellant, v STEFAN D. BERG, Respondent.

Submitted May 8, 2017; decided June 27, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (see CPLR 5601). Motion for leave to appeal denied.

Judge FEINMAN taking no part.